IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE BOATWRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-1048-BLW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| S. SURYADEVARA, SCOTT KERNAN, C.M. HECK, G. MARTINEZ, and L. SMART, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 12, 2009, Defendants filed a Motion to Dismiss (Docket No. 17). To date, Plaintiff has never filed any response to this motion. Plaintiff is hereby ordered to file a response to the Motion to Dismiss within fifteen (15) days from the date of entry of this Order. Plaintiff is forewarned that failure to timely comply with this Order will result in dismissal of his case without prejudice for failure to prosecute and pursue his claims.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff file a response to Defendants' Motion to Dismiss (Docket No. 17) within fifteen (15) days from the

**ORDER  1**

date of entry of this Order.

    IT IS FURTHER HEREBY ORDERED that the Clerk of the Court shall provide Plaintiff with a copy of Defendants' Motion to Dismiss (Docket No. 17) and Notice of Correction (Docket No. 19) forthwith.

DATED: **June 18, 2009**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER 2**