IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGE BOATWRIGHT,             )<br>                                                        )<br>              Plaintiff,            )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>S. SURYADEVARA, SCOTT KERNAN, )<br>C.M. HECK, G. MARTINEZ, and L.   )<br>SMART,                                          )<br>                                                        )<br>              Defendants.       )<br>_____ ) | Case No. CV07-1048-BLW<br><br>**ORDER** |

Pending before the Court is Defendants' unopposed Motion to Dismiss (Docket No. 17). The Court earlier warned Plaintiff that he was required to file a response to the Motion to Dismiss within fifteen (15) days of the Court's Order of June 18, 2009, or that his case would be dismissed for failure to prosecute and pursue his claims. (Docket No. 25.) Plaintiff has filed nothing further in this case. As a result, the Court shall dismiss this action in its entirety without prejudice.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Docket No. 17) is MOOT.

**ORDER  1**

IT IS FURTHER HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.



DATED: **August 11, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER 2**