IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |  |
|---|---|---|
| GEORGE BOATWRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV07-1048-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| S. SURYADEVARA, SCOTT KERNAN, C.M. HECK, G. MARTINEZ, and L. SMART, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Court previously entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.

DATED:  **August 11, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**